Dorothy DOWNEY, as Administratrix of the Estate of James P. Downey, Deceased, Plaintiff-Appellee,

v.

VICTORY CARRIERS, Inc., Defendant-Appellant.

No. 192, Docket 24818.

United States Court of Appeals Second Circuit.

Argued April 11, 1958.

Decided April 11, 1958.

Hill, Betts & Nash, New York City (Robert S. Blanc, Jr., New York City, on the brief), for defendant-appellant.

Klein & Ruderman, New York City (Harvey Goldstein, New York City, on the brief), for plaintiff-appellee.

Before SWAN, HINCKS and MOORE, Circuit Judges.

PER CURIAM.

Appeal dismissed in open court for lack of appellate jurisdiction.

David A. MOORE, Appellant,

v.

PALMYRA COMPANIA NAVIERA, S. A., as owner of THE NORTH QUEEN, etc., Appellees.

No. 16940.

United States Court of Appeals Fifth Circuit.

April 17, 1958.

Ross Diamond, Jr., Mobile, Ala., Jerome Golenbock, Donald S. Sherwood, New York City, for appellant.

Thomas A. Hamilton, Mobile, Ala., Hamilton, Denniston, Butler & Riddick, Mobile, Ala., for appellees.

Before HUTCHESON, Chief Judge, and BROWN and WISDOM, Circuit Judges.

PER CURIAM.

On the authority of Gardner v. Panama Railroad Co., 342 U.S. 29, 72 S.Ct. 12, 96 L.Ed. 31, reversing our decision in Gardner v. Panama Railroad Co., 185 F.2d 730, Cf. Le Gate v. The Panamolga, 2 Cir., 221 F.2d 689, the judgment is reversed and the cause is remanded for further and not inconsistent proceedings.

Robert OETTINGER, Appellant,

v.

NORTON COMPANY, Arrow Tool, Die & Machine Company and General Scientific Equipment Company.

No. 12449.

United States Court of Appeals Third Circuit.

Argued April 1, 1958.

Decided April 10, 1958.

Harvey Levin, Philadelphia, Pa., (Bernstein & Bernstein, Philadelphia, Pa., on the brief), for appellant.

Philip Price, Philadelphia, Pa. (Arthur W. Leibold, Jr., Philadelphia, Pa., Barnes, Dechert, Price, Myers & Rhoads, Philadelphia, Pa., on the brief), for appellees.

Before KALODNER and HASTIE, Circuit Judges, and LAYTON, District Judge.

PER CURIAM.

We find no error. The judgment of the District Court will be affirmed on the opinion of Chief Judge Kirkpatrick, D.C. E.D.Pa.1957, 160 F.Supp. 399.